UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-33647 |
|---|---|
| Todd Andrew Hinders | (Chapter 13) |
| Amy Nicole Hinders | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 0 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | 525.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service         09-33647

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| Todd Andrew Hinders | RICHARD E WEST | (32.1n) |
| Amy Nicole Hinders | 195 E CENTRAL AVE | CITIMORTGAGE INC |
| 4056 Glenheath Drive | BOX 938 | BOX 829009 |
| Dayton, OH  45440 | SPRINGBORO, OH  45066 | DALLAS, TX  75382 |

(34.1n)
REIMER ARNOVITZ CHERNEK & JEFFREY CO
BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        sv